UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6307-CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| VALERIE ENRIQUE | ) |
| and | ) |
| AIRBAGS EXPRESS, INC., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

FILED BY CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FL. - MIAMI
00 OCT 19 PM 12:06

## MOTION TO SEAL

Pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, the United States Attorney, by its undersigned Assistant United States Attorney, respectfully requests that this Honorable Court seal the Indictment, arrest warrant, summons and documents set forth in the captioned matter until further order of the Court, or the execution of the arrest warrant.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Thomas Watts-FitzGerald
Assistant United States Attorney
Florida Bar No. 0273538

