AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN **DISTRICT OF** FLORIDA

UNITED STATES OF AMERICA
v.
VALERIE ENRIQUE

**WARRANT FOR ARREST**

CASE NUMBER: 00-06307 CR-DIMITROULEAS

MAGISTRATE JUDGE
SNOW

To: The United States Marshal
and any Authorized United States Officer

FILED by _____ D.C.
MAG. SEC.
OCT 1 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

YOU ARE HEREBY COMMANDED to arrest ___VALERIE ENRIQUE___
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
WILLFUL DELIVERY OF PROPERTY CONTAINING HAZARDOUS MATERIAL TO AN AIR CARRIER FOR TRANSPORTATION IN AIR COMMERCE.

in violation of Title ___49___ United States Code, Section(s) ___46312___

WILLIAM C. TURNOFF                              UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                         Title of Issuing Officer

_____               10-19-00, Miami, FL
Signature of Issuing Officer                    Date and Location

Bail fixed at $ 100,000 CS        by _____
                                         Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc