| | | | |
|---|---|---|---|
| DEFT: | Valerie Enrique (J)# | CASE NO: | 00-6307-CR-Dimitrouleas |
| AUSA: | Tom Watts Fitzgerald | ATTNY: | Fred Haddad (Temp) |
| AGENT: | | VIOL: | 49:46312 |
| PROCEEDING: | Initial Appearance | BOND REC: | 100,000 CSB |

BOND HEARING HELD — yes/no    COUNSEL APPOINTED: _____

BOND SET @ $100,000 PSB

CO-SIGNATURES: husband

SPECIAL CONDITIONS:

X - advised of charges
X - sworn

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed for 2x week in person x's a ___ by phone
   week/month by phone; ___ x's a week/month in person.
5) Random Urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: SD/FL
12) Halfway House _____
    Electronic Monitoring
Reside at current address,
no illegal drugs
or excessive alcohol.

FILED D.C.
OCT 23 2000
SD OF FLA FT LAUD

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 10-31-00 | 11:00am | BSS |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN OR REMOVAL: | 10-31-00 | 11:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 10-23-00   TIME: 11:00am   TAPE # 00-079  PG # 2

1238 - 1341
recalled
00-179
2684 - 3088