UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs    CASE NO. *CR-6307-CR-Dimitrouleas*

*Valerie Enrique*

ORDER

THIS CAUSE is before the Court upon oral motion of the government to unseal the indictment in the above-named case. The government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the indictment be unsealed as to all defendants.

DONE AND ORDERED at Fort Lauderdale, Florida, this __23__ day of __October__, 20__00__.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

