COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Valerie Enrique (B)      CASE NO: 00-6307-CR-Dimitrouleas
AUSA: Tom Watts-Fitgerald /Rice   ATTNY: Fred Haddad present (perm)
AGENT: _____      VIOL: _____
PROCEEDING: Inquiry re Counsel/Arraignment      BOND REC: _____
BOND HEARING HELD - yes/no      COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
     ___ Electronic Monitoring

Reading of indictment waived
Not Guilty plea entered
[illegible] demanded
[illegible] Discovery Order requested

NEXT COURT APPEARANCE:     DATE:      TIME:      JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 11-15-00   11:00   SNOW

DATE: 10-31-00   TIME: 11:00am   TAPE # 00-088   PG # 3
542-650