

OCT 31

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Valerie Enrique

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 10-31-00, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: See Bond

Telephone: _____

DEFENSE COUNSEL: Name: Fred Haddad

Address: _____

Telephone: _____

BOND SET/CONTINUED: $ cont'd as set

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 31 day of October, 2000.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. 00-088

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services