HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT VALERIE ENRIQUE/AIRBAGS EXPRESS  CASE NO: 00-6307-CR-DIMITROULEAS

AUSA TOM WATTS-FITZGERALD    ATTY FRED HADDAD

*No pending motion*
*M/due 11-29*

*00-058, 2263, and 2395*

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE 11-15-00          TIME 11:00

