UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

VALERIE ENRIQUE,                :

    Defendant.              :
_____

**STATUS REPORT**

A status conference was held in this cause on November 14, 2000. At that conference, the parties informed the Court as follows:

1. A discovery conference is scheduled for November 20, 2000.

2. Counsel for the defendant shall have until November 29, 2000, within which to file pretrial motions.

3. Counsel for the defendant may be requesting a continuance of the trial, to which the Government does not object. However, the prosecutor will be on leave from December 16 through December 25, and asks that the trial not be set during that time period.

DATED at Fort Lauderdale, Florida, this ____ day of November, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Tom Watts-Fitzgerald
Fred Haddad, Esq.

