UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307CR-DIMITROULEAS

UNITED STATES OF AMERICA,
          Plaintiff,

vs.

VALERIE ENRIQUE and
AIRBAGS EXPRESS, INC.
          Defendant(s).
_____/



## SUPPLEMENT TO MOTION FOR CONTINUANCE

COMES NOW the Defendants Valerie Enrique and Airbags Express, Inc., through counsel undersigned and makes this Supplement to Motion for Continuance and as grounds would state the following:

1. This matter is scheduled for Calendar Call on December 1, 2000 with a two-week trial calendar beginning December 4, 2000.

2. The undersigned filed a Motion for Continuance with this Court indicating his reasons a continuance should granted.

3. That since the filing of the above motion a discovery conference has been canceled by the Government.

4. The undersigned and the Government are checking their schedules and are in the process of rescheduling the above mentioned conference.

5. That the undersigned will be in Europe from November 27, 2000 through December 1, 2000 and upon his return will begin specially set trials.

6. That as stated in the previous motion Thomas Watts-Fitzgerald, Assistant United States Attorney, has indicated that he has no objection to continuance of more than thirty days due



to his vacation scheduled from December 15, 2000 through December 22, 2000.

WHEREFORE the Defendant request this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Thomas Watts-Fitzgerald, Esq., Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132, this 20th day of November, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891