UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6307-CR-DIMITROULEAS

      Plaintiff,

vs.

VALERIE ENRIQUE and
AIRBAGS EXPRESS, INC.,

      Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's November 16, 2000

Motion For Continuance [DE-23], and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said motion is hereby denied without prejudice to

renew at or before calendar call with a waiver of speedy trial signed by Valerie Enrique.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

21 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fred Haddad, Esquire

Thomas Watts-Fitzgerald, AUSA

