UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

VALERIE ENRIQUE and
AIRBAGS EXPRESS, INC.
    Defendant(s).
_____/

**NIGHT BOX
FILED

NOV 28 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL**

## WAIVER OF SPEEDY TRIAL

COMES NOW the Defendant, Valerie Enrique, and hereby acknowledges that she understands her right to a speedy trial and her right to be tried within seventy (70) days of Indictment and further understands the rights that she is giving up by requesting a continuance. Ms. Enrique acknowledges having discussed this matter with her attorney and does voluntarily waive her speedy trial rights, recognizing that her trial can be set any time that is considered reasonable by the Court. Ms. Enrique does acknowledge that further time is necessary to prepare her trial.

                                                  _/s/ Valerie Enrique_
                                                  VALERIE ENRIQUE

SWORN TO AND SUBSCRIBED BEFORE ME, this 28 day of November, 2000. Affiant is personally known ✓ or has produced _____.

Deanna M. Betancourt
MY COMMISSION # CC869537 EXPIRES
August 9, 2001
BONDED THRU TROY FAIN INSURANCE, INC.

_____
NOTARY, STATE OF FLORIDA
My Commission Expires:



I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Thomas Watts-Fitzgerald, Esq., Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132, this 28th day of November, 2000.

> HADDAD & HESTER, P.A.
> One Financial Plaza, Suite 2612
> Fort Lauderdale, Florida 33394
> [954] 461-6767
>
> By: _____
> FRED HADDAD
> Florida Bar No. 180891

NOV 2 RC'D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6307-CR-DIMITROULEAS

    Plaintiff,

vs.

VALERIE ENRIQUE and
AIRBAGS EXPRESS, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's November 16, 2000

Motion For Continuance [DE-23], and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said motion is hereby <u>denied without prejudice</u> to

renew at or before calendar call with a waiver of speedy trial signed by Valerie Enrique.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

21 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fred Haddad, Esquire

Thomas Watts-Fitzgerald, AUSA