UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6307-CR-DIMITROULEAS

Plaintiff,

vs.

VALERIE ENRIQUE and
AIRBAGS EXPRESS, INC.,

Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's November 16, 2000 Motion For Continuance [DE-23] and the Court having been duly advised, and the Court having received Defendant's November 28, 2000 Waiver of Speedy Trial [DE-28], it is hereby

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing January 2, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **December 29, 2000 at 9:00 A.M. o'clock.** It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161 (h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this 29 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Thomas Watts-Fitzgerald, AUSA

Fred Haddad, Esquire
One Financial Plaza, #2612
Ft. Lauderdale, FL 33394