UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

VALERIE ENRIQUE, and
AIRBAGS EXPRESS, INC.
    Defendants,
_____/



FILED by _____ D.C.

NOV 2 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on the Defendants **MOTION FOR TWENTY DAY EXTENSION OF TIME TO FILE MOTIONS**, (DE-27) and the Court having been duly advised,

it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

_____

_____

DONE AND ORDERED in Fort Lauderdale, Florida, this 27 day of November, 2000.

                               William P. Dimitrouleas
                               Magistrate/District Judge

CC:   Fred Haddad, Esq.
       Thomas Watts-Fitzgerald, AUSA
       All counsel

