UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

VALERIE ENRIQUE,
    Defendant.
_____/

## UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the Defendant Valerie Enrique, through counsel undersigned and makes this Unopposed Motion for Continuance and as grounds would state the following:

1. This matter is scheduled for Calendar Call on December 29, 2000.

2. The undersigned will be out of town for the holidays and will be gone from December 22, 2000 through January 2, 2001.

3. The undersigned and the Government have discussed a plea and a Plea Agreement has been sent to the undersigned's office to be reviewed by Ms. Enrique on even date herein.

4. The Government has no objection to the granting of this Motion.

WHEREFORE the Defendant request this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Thomas Watts-Fitzgerald, Esq., Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132, this 15 day of December, 2000.

                HADDAD & HESTER, P.A.
                One Financial Plaza, Suite 2612
                Fort Lauderdale, Florida 33394
                [954] 467-6767

By: _____
                FRED HADDAD
                Florida Bar No. 180891