UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6307-CR-DIMITROULEAS

    Plaintiff,

vs.

VALERIE ENRIQUE and
AIRBAGS EXPRESS, INC.,

    Defendant.

_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's December 18, 2000 Unopposed Motion for Continuance [DE-3], and the Court having been duly advised, and the Court having received Defendant's November 28, 2000 Waiver of Speedy Trial [DE-28], it is hereby

ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing January 8, 2001 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. Counsel and Defendant shall report to a Calendar Call to be held on January 3, 2001 at 9:00 A.M. o'clock. It being further

ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161 (H)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this _____ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Fred Haddad, Esquire
One Financial Plaza, #2612
Ft. Lauderdale, FL 33394

Thomas Watts-Fitzgerald, AUSA