**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6307-CR-WPD  DATE: January 3, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____ INTERPRETER: _____

UNITED STATES OF AMERICA   VS.  Valerie Enrique & Airbag Express

U.S. ATTORNEY: Bertha Mitrani / Bernardo Watts-Fitzgerald   DEFT. COUNSEL: Ned Haddad

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Ned Haddad and Dfdt not present. Court resets the hearing and places the time to delay until January 16, 2001 to be excludable under the Speedy Trial Act.

CASE CONTINUED TO: 1/16/01   TIME: 9:15   FOR: Cal. Call

MISC: +/or Change of Plea