UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6307-CR-DIMITROULEAS

Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

VALERIE ENRIQUE
AIRBAGS EXPRESS, INC.

Defendant.
_____/

This matter having come before the Court on Janaury 3, 2001 on the Defendant's Motion

To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to January 16, 2001 at

9:15 A.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable

in computing the time within which the trial of this case must commence pursuant to Title 18,

U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the

trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 3 day of Janaury, 2001.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:    Thomas Watts-Fitzgerald, AUSA
       Fred Haddad, Esq.