**CRIMINAL MINUTES**

FILED by _____ D.C.
JAN 17 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6307-CR-WPD    DATE: January 16, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    vs. Valerie Carrigue + Chicago Cypher

U.S. ATTORNEY: Peter Outerbridge /rc    DEFT. COUNSEL: Ted Haddad
Thomas Watts-Fitzgerald

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn. Deft needs more time. Court resets change of plea for Thursday

CASE CONTINUED TO: 1/18/01    TIME: 9:15    FOR: Sentencing

MISC: _____

35/89