## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
JAN 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6307-CR-WPD     DATE: January 18, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   vs. Valerie Enrique + Airbugs Express Inc.

U.S. ATTORNEY: Peter Outerbridge for Thomas Watts-Fitzgerald     DEFT. COUNSEL: Fred Haddad

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft Sworn & Questioned by the Court. Enrique is president & CEO of organization & can enter plea on behalf of Corporation. Court accepts guilty plea as to both Dfts.

CASE CONTINUED TO: _____     TIME: _____     FOR: Sentencing

MISC: Written plea agreement & Addendum filed

36/89