UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

-vs-

VALERIE ENRIQUE,

Defendant.
_____/

FILED by _____ D.C.

JAN 1 8 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ADDENDUM TO PLEA AGREEMENT

I.    In consideration of Defendant VALERIE ENRIQUE's satisfactory completion of

its obligations pursuant to the Plea Agreement filed in relation to the above-styled case, the

United States of America shall not initiate further federal criminal charges in the Southern

District of Florida against the defendant concerning any violation of federal criminal law, which

is known to the United States, and which arises out of the subject matters addressed in the

Indictment filed in the above-styled criminal action.

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: 1/18/01

By: _____
THOMAS WATTS-FITZGERALD
ASSISTANT U.S. ATTORNEY

Date: 1/18/07

By: _____
FRED HADDAD, ESQ.
ATTORNEY FOR DEFENDANT



Date: 1/18/01

By: _____
VALERIE ENRIQUE,
DEFENDANT