UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307CR-DIMITROULEAS

UNITED STATES OF AMERICA,
Plaintiff,

vs.

VALERIE ENRIQUE
AIRBAGS EXPRESS, INC.
Defendants,
_____/

### ORDER

THIS CAUSE having come before the Court on the Defendants **MOTION FOR CONTINUANCE,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted. Sentencing is reset until April 6, 2001 at 11:15 A.M.

DONE AND ORDERED in Fort Lauderdale, Florida, this 26 day of January, 2001.

Magistrate/District Judge
W. P. DIMITROULEAS

CC: Fred Haddad, Esq.
Tom Watts-Fitzgerald, AUSA
U.S.P.O.

