UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

VALERIE ENRIQUE and
AIRBAGS EXPRESS, INC.
    Defendant(s).
_____/



## EMERGENCY UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, Valerie Enrique, through counsel undersigned and makes this Emergency Motion for Permission to Travel and would state as follows:

1. The Defendant is currently being supervised by U.S. Pretrial.

2. The Defendant would request permission to travel to Mississippi from March 23, 2001 through March 25, 2001.

3. The Defendant's 14 year old son is being picked up tomorrow morning and being taken in shackles to Bethel Boys Academy in Mississippi. The Defendant's son is out of control, doing various drugs and committing crimes. Attached hereto is a copy of some literature in regards to Bethel Boys Academy indicating a phone number and address.

4. The Defendant and her husband are deeply concerned about their son and feel this is the only solution and must accompany their son to Mississippi to the boys facility.

5. Liza Llanos, U.S. Probation Officer, has indicated that she has no objection to the granting of this Motion.



6. Thomas Watts-Fitzgerald, Assistant United States Attorney, has indicated that he has no objection to the Defendant traveling as long as the Defendant contacts Pretrial within twenty four hours of her return.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Thomas Watts-Fitzgerald, Esq., Office of the United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132 and to Liza Llanos, U.S. Probation Officer, Federal Courthouse Building, 299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida 33301-1865, this 22nd day of March, 2001.

>HADDAD & HESTER, P.A.
>One Financial Plaza, Suite 2612
>Fort Lauderdale, Florida 33394
>[954] 467-6767
>
>By: _____
>FRED HADDAD
>Florida Bar No. 180891



## Academics





In addition to nourishing the spirit and soul with the Word of God, we also nurture the minds of our youth with a sound education. Our academic facility is located on campus and is an accredited Accelerated Christian Education (ACE) program. Qualified supervisors and the flexibility of the ACE educational program ensure his continual academic progress during his stay at Bethel.



y testing to

3/20/01

LORD Jesus Christ. Set in the rustic atmosphere of southeastern Mississippi, children gain help without the negative influences so common in today's society.

Life at Bethel Boys Academy is designed to infuse responsibility and accountability into young minds. Boys ages eleven to seventeen take part in a small community, beginning with few privileges. Rewards are earned as they work to unlearn dysfunctional habits and replace them with more positive tendencies.

The road to success is straight and narrow. With time and a little dedication on our part, your son can change, both internally and externally, into the man you want him to be.

Bethel Baptist Church | 2147 Mill Street Extension | Lucedale, Mississippi 39452 |
601.947.1478 | 601.766.3609 fax

Kim