UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307CR-DIMITROULEAS

UNITED STATES OF AMERICA,
　　　　Plaintiff,

vs.

VALERIE ENRIQUE and
AIRBAGS EXPRESS, INC.
　　　　Defendant(s).
_____/

FILED by _____ D.C.

MAR 2 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come before the Court on the Defendant's **EMERGENCY MOTION FOR PERMISSION TO TRAVEL,** and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted and the Defendant hereby has permission to travel to Mississippi from March 23, 2001 through March 25, 2001.

---

DONE AND ORDERED in Fort Lauderdale, Florida, this 23 day of March, 2001.

Magistrate/District Judge

CC:　Fred Haddad, Esq.
　　　Thomas Watts-Fitzgerald, AUSA
　　　Pre-trial Services