**CRIMINAL MINUTES**

FILED by _____ D.C.
APR 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6307-CR-WPD   DATE: April 6, 2001

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Way Webb & George Ann Stanley   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Valerie Enrique

U.S. ATTORNEY: Thomas Watts-Fitzgerald   DEFT. COUNSEL: Ned Haddad

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed: 3 years Probation, $500 Fine, $100 Assessment. Deft is to perform 50 hours of Community Service per year while on probation.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal

45/49