UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6307-CR-WPD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                **SATISFACTION OF JUDGMENT**

VALERIE ENRIQUE,

    Defendant.
_____/

The fine in the amount of $500.00 and the special assessment in the amount of $100.00 having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

                                        Respectfully submitted,

                                        R. ALEXANDER ACOSTA
                                        UNITED STATES ATTORNEY

Date: <u>Aug 05, 2008</u>       BY:    <u>s/Elizabeth Ruf Stein</u>
                                          ELIZABETH RUF STEIN(354945)
                                          ASSISTANT U.S. ATTORNEY
                                          99 N. E. 4th Street, Rm. 300
                                          Miami, FL 33132-211
                                          Tel No. (305) 961-9313
                                          Fax No. (305) 530-7195
                                          Elizabeth.Stein@USDOJ.gov